# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| **ALEJANDRO CALDERON**, | ) | Case No. 3:19-cv-06098-RBL |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **EVERGREEN PROFESSIONAL RECOVERIES, INC.**, | ) ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: February 3, 2020

Respectfully submitted,

s/Amorette Rinkleib
Amorette Rinkleib WSBA# 48626
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone (602) 899-9189
Facsimile: (866) 317-2674

Notice of Settlement - 1

Thompson Consumer Law Group, PLLC
5235 E. Southern Ave. D106-618
Mesa, AZ 85206
Telephone: (602) 899-9189
Facsimile: (866) 317-2674
ARinkleib@ThompsonConsumerLaw.com

ARinkleib@ThompsonConsumerLaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on February 3, 2020, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Amorette Rinkleib
Amorette Rinkleib

Notice of Settlement - 2

Thompson Consumer Law Group, PLLC
5235 E. Southern Ave. D106-618
Mesa, AZ 85206
Telephone: (602) 899-9189
Facsimile: (866) 317-2674
ARinkleib@ThompsonConsumerLaw.com