FILED ____ LODGED
____ RECEIVED

MAR -2 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| **ALEJANDRO CALDERON,** | Case No. 3:19-cv-06098-RBL |
| Plaintiff, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **EVERGREEN PROFESSIONAL RECOVERIES, INC.,** | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 28, 2020

Respectfully submitted,

s/Amorette Rinkleib
Amorette Rinkleib WSBA# 48626
Thompson Consumer Law Group, PC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone (602) 899-9189

s/Andrew Shafer
Andrew Shafer WSBA No. 9405
Simburg Ketter Sheppard & Purdy, LLP
999 3rd Ave., Ste. 2525
Seattle, WA 98104
Telephone: (206) 330-2054 (direct line)

Stipulation of Dismissal

Thompson Consumer Law Group, PC
5235 E. Southern Ave. D106-618
Mesa, AZ 85206
(602) 899-9189
(866) 317-2674
arinkleib@consumerlawinfo.com

Facsimile: (866) 317-2674
arinkleib@ThompsonConsumerLaw.com
Attorney for Plaintiff

Facsimile: (206) 223-3929
ashafer@sksp.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on February 28, 2020, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Amorette Rinkleib
Amorette Rinkleib

IT IS SO ORDERED THIS 2nd DAY OF March, 2020

_____
UNITED STATES DISTRICT COURT JUDGE

Stipulation of Dismissal

Thompson Consumer Law Group, PC
5235 E. Southern Ave. D106-618
Mesa, AZ 85206
(602) 899-9189
(866) 317-2674
arinkleib@consumerlawinfo.com